**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: January 24, 2024**

John E. Hoffman, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | ) | Case No. 23-53697 |
| | ) | |
| MALTESE FALCON, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Judge Hoffman |
| | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS
(Docket No. 16);  ORDER DISMISSING CASE**

This case came on for hearing on January 18, 2024, on the United States Trustee's Motion to Dismiss (Docket No. 16) and Debtor's Response (Docket No. 22). The United States Trustee was represented by Pamela Arndt;  Maltese Falcon, LLC was unrepresented by Counsel (Debtor Representative Elizabeth Alexander attended).

After presentations by the United States Trustee and Ms. Alexander, the Court finds the United States Trustee's Motion well taken.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the United States Trustee's Motion to Dismiss is GRANTED.

**IT IS FURTHER ORDERED** that this case is DISMISSED.

**IT IS SO ORDERED**.

SUBMITTED BY:

ANDREW R. VARA
UNITED STATES TRUSTEE FOR REGIONS 3 AND 9

*/s/ Pamela Arndt*
Pamela Arndt (0068230)
U.S. Department of Justice, Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7415
Facsimile: (614)469-7448
Email: Pamela.D.Arndt@usdoj.gov
*Trial Attorney for the U.S. Trustee*

COPIES TO:

All Creditors and Parties in Interest